UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**V.**                                            **CASE ACTION NO. 1:11CR-34-R**
*Electronically filed*

**DALLAS NORRIS**                                            **DEFENDANT**

**BILL OF PARTICULARS
FOR FORFEITURE OF PROPERTY**

The United States, by counsel, Mac Shannon, Assistant United States Attorney, hereby gives notice that the United States is seeking forfeiture of the following property in addition to the property already listed in the Notice of Forfeiture in the Indictment:

    a.    **2006 Blue Ford F-250 XLT Super Duty FX4 extended cab, VIN 1FTSX21PX6EA44658;**

    b.    **Miscellaneous farming equipment;**

    c.    **$22,621 US currency; and**

    d.    **Assorted collectible coins.**

                                                       Respectfully submitted,

                                                       DAVID J. HALE
                                                       UNITED STATES ATTORNEY

                                                       s/Mac Shannon
                                                       Mac Shannon
                                                       Assistant U.S. Attorney
                                                       510 W. Broadway, 10th Floor
                                                       Louisville, Kentucky 40202
                                                       (502) 582-5911

CERTIFICATE OF SERVICE

    On January 6, 2012, I electronically filed the foregoing through the ECF system, which will send a notice of electronic filing to counsel of record for the defendant, Gorman Bradley, Jr., Bradley & Freed, PSC, 1634 Broadway, P.O. Box 1655, Paducah, KY 42002-1655.

                                              s/Mac Shannon
                                              Mac Shannon
                                              Assistant U. S. Attorney