**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CRIMINAL ACTION NO. 1:11CR-34-R**

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.                                             **ORDER**

DALLAS NORRIS                                                                DEFENDANT

The **Hearing on Defendant's Motion to Suppress** set on February 7, 2012 is **CANCELLED** and is set on **February 22, 2012 at 1:00 p.m. EST in Louisville, Kentucky.**

In the interest of justice, and pursuant to 18 USC §3161(h)(8)(A), §3161(h)(8)B)(i), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv), the period of delay between February 7, 2012 and February 22, 2012 is excluded from the time allowed for a speedy trial, as stated in the official record

**IT IS SO ORDERED**.

February 1, 2012

**ENTERED BY ORDER OF THE COURT**

United States District Court
Vanessa L. Armstrong, Clerk

Thomas B. Russell, Senior Judge

By: /s/ *Kelly P. Harris*
Deputy Clerk

cc:    Counsel/AUSA
       US Probation
       US Marshal