**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CRIMINAL ACTION 1:11-CR-34-R**

UNITED STATES OF AMERICA                                                       PLAINTIFF

V.                                         **ORDER**

DALLAS NORRIS                                                         DEFENDANT

Counsel jointly contacted the Court.

By agreement of counsel for the parties, the above-entitled action is referred to United States Magistrate Judge E. Robert Goebel to conduct **a suppression hearing to be held in Bowling Green, Kentucky on February 29, 2012 at 2:00 p.m. CST** and to rule on any motion to suppress filed herein and to submit to the Court a report and recommendation, pursuant to 28 U.S.C. 636(b)(1)(A).

The hearing set February 22, 2012 with the undersigned is VACATED.

**IT IS SO ORDERED**.

cc:    A.U.S.A.
       Counsel for defendants
       U.S. Marshal
       U.S. Probation
       Case Manager
       Magistrate Judge Goebel