**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:11CR-34-R**

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                                        **ORDER**

DALLAS NORRIS                                                                                    DEFENDANT


The telephonic further proceedings set on February 29, 2012 with Senior Judge Thomas B. Russell is **CANCELLED** and is set on **April 12, 2012 at 9:00 a.m. CST**. The Court shall initiate the call.

The Suppression Hearing set with Magistrate Judge E. Robert Goebel remains as scheduled.

**IT IS SO ORDERED**.

February 26, 2012

**ENTERED BY ORDER OF THE COURT**

United States District Court
Vanessa L. Armstrong, Clerk

Thomas B. Russell, Senior Judge

By: /s/ *Kelly P. Harris*
Deputy Clerk


cc:     Counsel/AUSA