UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CRIMINAL ACTION NO. 1:11CR-00034-TBR-(1)

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.

DALLAS NORRIS                                                   DEFENDANT

### ORDER

Counsel for the Defendant having not appeared for the suppression hearing scheduled for February 29, 2012;

**IT IS HEREBY ORDERED** the suppression hearing is **RESCHEDULED** to be conducted on **April 11, 2012, at 10:00 a.m., CDT**. The hearing shall be conducted before United States Magistrate Judge E. Robert Goebel at the United States Courthouse, Bowling Green, Kentucky.

ENTERED this

Copies to:    Counsel of Record
              US Marshal Service
              US Probation
              Pat Harralson, Secretary
              Kelly Harris, Case Manager