**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
(at Bowling Green)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**                     ) | |
|         **PLAINTIFF**       ) | |
| vs.                                                                        ) | **CASE NUMBER** |
|                                 ) | **1:11-CR-0034-TBR** |
| **DALLAS NORRIS,**                                          ) | |
|         **DEFENDANT**   ) | |
| _____) | |

**REQUEST FOR JUDICIAL NOTICE**

      Pursuant to Federal Rule of Evidence 201(b), Defendant Dallas Norris respectfully request that this Court take judicial notice of the fact that the wind in the Glasgow, Kentucky area in the afternoon of November 12, 2011 was blowing out of the South-South-West at 10 to 15 miles per hour.  In support of this fact, Defendant submits the archive data from Wunderground.com.  Defendant's counsel contacted NOAA, but was advised that certified copies are not available currently due to a computer problem and that the wunderground.com data would be the same, since it is drawn from National Weather Service archives.  Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."  Exhibits 1 attached to this Request for Judicial Notice is a true and correct copy of the printout of the weather data from wunderground.com, taken from NWS archives, published by the National Oceanographic and Atmospheric Administration.  Judicial notice of law, legislative facts, or factual matters is proper where there is no dispute as to the authenticity of those matters.  See Oneida Indian Nation of New York v. New York, 691 F.2d 1070, 1086 (2nd Cir. 1982); see also Zimomra v. Alamo Rent-A-Car, Inc., 111 F.3d 1495, 1503

(10th Cir. 1997).  The content of this document is a matter of general knowledge within the territorial jurisdiction of this Court and is not reasonably subject to dispute.  Accordingly, this Court can and should consider them in deciding Defendant's Motion to Suppress Evidence.

          Respectfully Submitted,

          /s Vincent F. Heuser, Jr.
          _____
          Vincent F. Heuser, Jr.
          Attorney at Law
          3600 Goldsmith Lane
          Louisville, KY  40220
          (502)  458-5879
          Counsel for Defendant

CERTIFICATE OF SERVICE
I hereby certify that this 20th day of March, 2012, the foregoing motion and attached order were served upon the Plaintiff by delivering a true copy thereof to:

[ √ ]  Hon. Mac Shannon, Asst. U.S. Attorney Office, 510 W. Broadway , Louisville, KY 40202

          /s Vincent F. Heuser, Jr.
          _____
          Vincent F. Heuser, Jr.