**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
(at Bowling Green)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | |
|         **PLAINTIFF** ) | | |
| **vs.** ) | **CASE NUMBER** | |
| ) | **1:11-CR-0034-TBR** | |
| **DALLAS NORRIS,** ) | | |
|         **DEFENDANT** ) | | |
| _____) | | |

**ORDER TAKING JUDICIAL NOTICE**

Upon request of Defendant, Dallas Norris, by Counsel, and the Court having been sufficiently advised, the Court hereby finds that pursuant to Federal Rule of Evidence 201(b), it is proper to take judicial notice of the fact that on November 12, 2011, in the afternoon in Barren County, the wind direction was out of the south-south-west, at speeds varying from nine (9) or ten (10) miles per hour up to fifteen (15) miles per hour.  The Court finds that the archive data from Wunderground.com, though not the most reliable evidence, is, nevertheless, sufficiently reliable as a source of data from the National Weather Service.   Defendant's counsel advises that he contacted NOAA, but was advised that certified copies are not currently available from NOAA without excessive delay, due to a computer problem, and that the wunderground.com data would be the same, since it is drawn from National Weather Service archives.  Federal Rule of Evidence 201(b) provides that a court may take judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."  There being no dispute of the data reflecting the exhibit, the Court takes judicial notice of it.