http://www.wunderground.com/history/airport/KGLW/2011/11/12/DailyHistory.html?req_city=NA&req_sta...

# History for Glasgow, KY

Saturday, November 12, 2011

Saturday, November 12, 2011

« Previous Day     November ▼ 12 ▼ 2011 ▼ View     Next Day »

**Daily**    Weekly    Monthly    Custom

|  | Actual | Average | Record |
|---|---|---|---|
| **Temperature** | | | |
| Mean Temperature | **54** °F | - | |
| Max Temperature | **63** °F | **55** °F | **75** °F (2010) |
| Min Temperature | **44** °F | **35** °F | **20** °F (1960) |
| **Degree Days** | | | |
| Heating Degree Days | 12 | | |
| Growing Degree Days | 4 (Base 50) | | |
| **Moisture** | | | |
| Dew Point | **30** °F | | |
| Average Humidity | 41 | | |
| Maximum Humidity | 57 | | |
| Minimum Humidity | 29 | | |
| **Precipitation** | | | |
| Precipitation | **0.00** in | - | - () |
| **Sea Level Pressure** | | | |
| Sea Level Pressure | **30.10** in | | |
| **Wind** | | | |
| Wind Speed | **9** mph (SSW) | | |
| Max Wind Speed | **18** mph | | |
| Max Gust Speed | **26** mph | | |
| Visibility | **10** miles | | |
| Events | | | |

**Averages and records for this station are not official NWS values.**
Click here for data from the nearest station with official NWS data (KBWG).

**T** = Trace of Precipitation, **MM** = Missing Value      **Source:** NWS Daily Summary

Seasonal Weather Averages

1

http://www.wunderground.com/history/airport/KGLW/2011/11/12/DailyHistory.html?req_city=NA&req_sta...



Certify This Report

## Hourly Observations

| Time (CST) | Temp. | Windchill | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed |
|---|---|---|---|---|---|---|---|---|---|
| 12:15 AM | 46.2 °F | 42.2 °F | 28.2 °F | 50% | 30.08 in | 10.0 mi | SSW | 8.1 mph | - |
| 12:35 AM | 46.4 °F | 42.4 °F | 28.4 °F | 50% | 30.08 in | 10.0 mi | SSW | 8.1 mph | - |
| 12:55 AM | 46.0 °F | 43.9 °F | 28.2 °F | 50% | 30.08 in | 10.0 mi | SSW | 4.6 mph | - |
| 1:15 AM | 45.7 °F | 42.0 °F | 28.4 °F | 51% | 30.08 in | 10.0 mi | SSW | 6.9 mph | - |
| 1:35 AM | 45.7 °F | 42.0 °F | 28.8 °F | 52% | 30.09 in | 10.0 mi | SSW | 6.9 mph | - |
| 1:55 AM | 45.9 °F | 41.7 °F | 28.9 °F | 52% | 30.08 in | 10.0 mi | SSW | 8.1 mph | - |
| 2:15 AM | 45.9 °F | 41.7 °F | 29.1 °F | 52% | 30.09 in | 10.0 mi | SSW | 8.1 mph | - |
| 2:35 AM | 45.9 °F | 41.7 °F | 29.3 °F | 52% | 30.09 in | 10.0 mi | SSW | 8.1 mph | - |
| 2:55 AM | 45.9 °F | 42.9 °F | 29.3 °F | 52% | 30.09 in | 10.0 mi | SSW | 5.8 mph | - |
| 3:15 AM | 45.5 °F | 42.5 °F | 29.3 °F | 53% | 30.09 in | 10.0 mi | SSW | 5.8 mph | - |

Show full METARS | METAR FAQ | Comma Delimited File

http://www.wunderground.com/history/airport/KGLW/2011/11/12/DailyHistory.html?req_city=NA&req_sta...

| Time (CST) | Temp. | Windchill | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed |
|---|---|---|---|---|---|---|---|---|---|
| 3:35 AM | 45.3 °F | 42.3 °F | 29.7 °F | 54% | 30.09 in | 10.0 mi | SSW | 5.8 mph | - |
| 3:55 AM | 45.3 °F | 43.0 °F | 29.7 °F | 54% | 30.10 in | 10.0 mi | SW | 4.6 mph | - |
| 4:15 AM | 45.1 °F | 40.8 °F | 29.5 °F | 54% | 30.09 in | 10.0 mi | SSW | 8.1 mph | - |
| 4:35 AM | 45.5 °F | 41.8 °F | 29.7 °F | 54% | 30.10 in | 10.0 mi | SSW | 6.9 mph | - |
| 5:15 AM | 45.3 °F | 41.1 °F | 29.8 °F | 55% | 30.10 in | 10.0 mi | SSW | 8.1 mph | - |
| 5:35 AM | 45.1 °F | 40.3 °F | 29.8 °F | 55% | 30.11 in | 10.0 mi | SSW | 9.2 mph | - |
| 6:15 AM | 44.2 °F | 40.3 °F | 30.0 °F | 57% | 30.12 in | 10.0 mi | SSW | 6.9 mph | - |
| 6:35 AM | 44.4 °F | 40.0 °F | 30.0 °F | 57% | 30.12 in | 10.0 mi | SSW | 8.1 mph | - |
| 6:55 AM | 45.1 °F | 40.3 °F | 30.2 °F | 56% | 30.13 in | 10.0 mi | SSW | 9.2 mph | - |
| 7:15 AM | 46.4 °F | 41.9 °F | 30.2 °F | 53% | 30.13 in | 10.0 mi | SSW | 9.2 mph | - |
| 7:35 AM | 47.8 °F | - | 30.6 °F | 51% | 30.13 in | 10.0 mi | SSW | 10.4 mph | 16.1 mph |
| 7:55 AM | 49.1 °F | - | 30.9 °F | 50% | 30.14 in | 10.0 mi | SSW | 10.4 mph | 17.3 mph |
| 8:15 AM | 50.5 °F | - | 31.3 °F | 48% | 30.14 in | 10.0 mi | SSW | 10.4 mph | - |
| 8:35 AM | 51.8 °F | - | 31.1 °F | 45% | 30.14 in | 10.0 mi | SSW | 12.7 mph | - |
| 8:55 AM | 53.4 °F | - | 31.5 °F | 43% | 30.14 in | 10.0 mi | SSW | 10.4 mph | - |
| 9:15 AM | 55.4 °F | - | 32.0 °F | 41% | 30.14 in | 10.0 mi | SW | 17.3 mph | 20.7 mph |
| 9:35 AM | 56.8 °F | - | 32.0 °F | 39% | 30.15 in | 10.0 mi | SW | 10.4 mph | 21.9 mph |
| 9:55 AM | 58.1 °F | - | 31.8 °F | 37% | 30.15 in | 10.0 mi | SW | 16.1 mph | 21.9 mph |
| 10:15 AM | 59.0 °F | - | 31.6 °F | 36% | 30.15 in | 10.0 mi | SW | 15.0 mph | 26.5 mph |
| 10:35 AM | 59.7 °F | - | 32.0 °F | 35% | 30.15 in | 10.0 mi | SSW | 12.7 mph | 21.9 mph |
| 10:55 AM | 59.5 °F | - | 32.2 °F | 36% | 30.14 in | 10.0 mi | SW | 12.7 mph | 20.7 mph |
| 11:15 AM | 60.3 °F | - | 32.0 °F | 34% | 30.13 in | 10.0 mi | SW | 15.0 mph | 24.2 mph |
| 11:35 AM | 61.5 °F | - | 32.0 °F | 33% | 30.12 in | 10.0 mi | SW | 17.3 mph | 24.2 mph |
| 11:55 AM | 61.3 °F | - | 31.3 °F | 32% | 30.11 in | 10.0 mi | SW | 17.3 mph | 21.9 mph |
| 12:15 PM | 62.1 °F | - | 31.6 °F | 32% | 30.11 in | 10.0 mi | SW | 15.0 mph | 19.6 mph |
| 12:35 PM | 62.6 °F | - | 30.7 °F | 30% | 30.10 in | 10.0 mi | SW | 16.1 mph | 19.6 mph |
| 12:55 PM | 62.2 °F | - | 30.6 °F | 30% | 30.10 in | 10.0 mi | SW | 18.4 mph | 25.3 mph |
| 1:15 PM | 62.8 °F | - | 30.2 °F | 29% | 30.09 in | 10.0 mi | SSW | 16.1 mph | 21.9 mph |
| 1:35 PM | 62.6 °F | - | 30.6 °F | 30% | 30.09 in | 10.0 mi | SW | 16.1 mph | 24.2 mph |
| 1:55 PM | 63.0 °F | - | 30.7 °F | 30% | 30.08 in | 10.0 mi | SSW | 9.2 mph | 21.9 mph |
| 2:15 PM | 62.4 °F | - | 31.1 °F | 31% | 30.08 in | 10.0 mi | SSW | 13.8 mph | 18.4 mph |
| 2:35 PM | 61.2 °F | - | 30.9 °F | 32% | 30.08 in | 10.0 mi | SSW | 11.5 mph | 18.4 mph |

Show full METARS | METAR FAQ | Comma Delimited File

http://www.wunderground.com/history/airport/KGLW/2011/11/12/DailyHistory.html?req_city=NA&req_sta...

| Time (CST) | Temp. | Windchill | Dew Point | Humidity | Pressure | Visibility | Wind Dir | Wind Speed | Gust Speed |
|---|---|---|---|---|---|---|---|---|---|
| 2:55 PM | 61.2 °F | - | 29.5 °F | 30% | 30.07 in | 10.0 mi | SSW | 11.5 mph | - |
| 3:15 PM | 60.6 °F | - | 28.8 °F | 30% | 30.08 in | 10.0 mi | SW | 11.5 mph | - |
| 3:35 PM | 59.7 °F | - | 29.5 °F | 32% | 30.08 in | 10.0 mi | SSW | 11.5 mph | 16.1 mph |
| 3:55 PM | 58.5 °F | - | 29.3 °F | 33% | 30.07 in | 10.0 mi | SSW | 9.2 mph | 19.6 mph |
| 4:15 PM | 57.9 °F | - | 29.1 °F | 33% | 30.07 in | 10.0 mi | SSW | 9.2 mph | - |
| 4:35 PM | 57.6 °F | - | 28.8 °F | 33% | 30.07 in | 10.0 mi | SSW | 11.5 mph | 18.4 mph |
| 4:55 PM | 57.4 °F | - | 28.8 °F | 34% | 30.07 in | 10.0 mi | South | 9.2 mph | - |
| 5:15 PM | 57.0 °F | - | 28.9 °F | 34% | 30.07 in | 10.0 mi | SSW | 10.4 mph | 17.3 mph |
| 5:35 PM | 56.7 °F | - | 28.6 °F | 34% | 30.07 in | 10.0 mi | SSW | 8.1 mph | - |
| 5:55 PM | 56.3 °F | - | 28.4 °F | 34% | 30.07 in | 10.0 mi | SSW | 8.1 mph | - |
| 6:15 PM | 56.3 °F | - | 28.4 °F | 34% | 30.06 in | 10.0 mi | SSW | 11.5 mph | 18.4 mph |
| 6:35 PM | 56.1 °F | - | 28.4 °F | 35% | 30.05 in | 10.0 mi | South | 11.5 mph | 16.1 mph |
| 6:55 PM | 56.1 °F | - | 28.8 °F | 35% | 30.06 in | 10.0 mi | SSW | 9.2 mph | - |
| 7:15 PM | 55.8 °F | - | 28.8 °F | 36% | 30.05 in | 10.0 mi | SSW | 9.2 mph | - |
| 7:35 PM | 55.4 °F | - | 28.8 °F | 36% | 30.06 in | 10.0 mi | SSW | 8.1 mph | - |
| 7:55 PM | 55.2 °F | - | 28.8 °F | 36% | 30.05 in | 10.0 mi | SSW | 9.2 mph | 17.3 mph |
| 8:15 PM | 55.0 °F | - | 28.9 °F | 37% | 30.05 in | 10.0 mi | SSW | 10.4 mph | 16.1 mph |
| 8:35 PM | 54.9 °F | - | 28.9 °F | 37% | 30.05 in | 10.0 mi | South | 13.8 mph | - |
| 8:55 PM | 55.0 °F | - | 28.8 °F | 37% | 30.04 in | 10.0 mi | SSW | 10.4 mph | 19.6 mph |
| 9:15 PM | 55.2 °F | - | 28.6 °F | 36% | 30.04 in | 10.0 mi | SSW | 12.7 mph | 23.0 mph |
| 9:35 PM | 55.6 °F | - | 28.8 °F | 36% | 30.04 in | 10.0 mi | SSW | 13.8 mph | 25.3 mph |
| 9:55 PM | 55.6 °F | - | 29.3 °F | 37% | 30.02 in | 10.0 mi | SSW | 11.5 mph | 24.2 mph |
| 10:15 PM | 55.6 °F | - | 29.5 °F | 37% | 30.02 in | 10.0 mi | SSW | 15.0 mph | 23.0 mph |
| 10:35 PM | 55.8 °F | - | 29.5 °F | 37% | 30.02 in | 10.0 mi | SSW | 16.1 mph | 33.4 mph |
| 10:55 PM | 55.9 °F | - | 28.9 °F | 36% | 30.02 in | 10.0 mi | SSW | 12.7 mph | 24.2 mph |
| 11:15 PM | 55.9 °F | - | 28.9 °F | 36% | 30.02 in | 10.0 mi | South | 12.7 mph | 17.3 mph |
| 11:35 PM | 56.3 °F | - | 28.9 °F | 35% | 30.01 in | 10.0 mi | South | 15.0 mph | 25.3 mph |
| 11:55 PM | 56.5 °F | - | 29.1 °F | 35% | 30.01 in | 10.0 mi | SSW | 15.0 mph | 24.2 mph |

Show full METARS | METAR FAQ | Comma Delimited File